UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION


FILED
OCT 04 2016
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | CR 16 40102 |
| Plaintiff | INDICTMENT |
| vs | Felon in Possession of Firearm |
| LESA LYNN ZAFFT | 18 U S C §§ 922(g)(1) and 924(a)(2) |
| Defendant | |

The Grand Jury charges

On or about June 16 2016 in the District of South Dakota Lesa Lynn Zafft having previously been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess a firearm to wit a 22 caliber revolver handgun Heritage model Rough Rider bearing serial number L93517 which had been shipped and transported in interstate commerce all in violation of 18 U S C §§ 922(g)(1) and 924(a)(2)

**FORFEITURE ALLEGATION**

1  The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U S C § 924(d) and 28 U S C § 2461(c)

2  Upon conviction of the offense set forth in this Indictment the Defendant Lesa Lynn Zafft shall forfeit to the United States pursuant to 18 U S C § 924(d) and 28 U S C § 2461(c) any firearms and ammunition involved in the commission of the offense including but not limited to the

following 22 caliber revolver handgun Heritage model Rough Rider bearing serial number L93517

3. If the property described above as a result of any act or omission of the Defendant

 a. cannot be located upon the exercise of due diligence

 b. has been transferred or sold to or deposited with a third party

 c. has been placed beyond the jurisdiction of the court

 d. has been substantially diminished in value or

 e. has been commingled with other property which cannot be divided without difficulty

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c)

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

        A TRUE BILL

        NAME REDACTED

        _____
        Foreperson

RANDOLPH J. SEILER
United States Attorney

By _____